THE PEOPLE *ex rel.* ROBERT LONBERGER, Relator-Appellant, *v.* RICHARD J. ELROD, Respondent-Appellee.

(No. 56939; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

First District—January 15, 1973.

Opinion by Mr. JUSTICE EGAN.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for appellee.